IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: MELVIN L. & KAREN M. SINNOCK     )
                                        )
                                        )
WELLS FARGO BANK, N.A.,                 )
           Creditor,                    )
                                        )
    vs.                                 )   CASE NO. 08B33495
                                        )   JUDGE BRUCE W. BLACK
MELVIN L. & KAREN M. SINNOCK,           )
           Debtor                       )
                                        )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the September 1, 2011 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of August 15, 2011.

   | | | |
   |---|---|---|
   | a. | Attorneys' fees | $250.00 |
   | b. | Payments:   9/11 | $2,204.90 |
   | c. | Late charges | $468.90 |
   | d. | Prior motion fee | $125.00 |
   | | Total | $3,048.80 |

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Wells Fargo Bank, N.A. rights to collect these amounts will remain unaffected.

                                Respectfully Submitted,
                                Wells Fargo Bank, N.A.

                                /s/Christopher M. Brown
                                Christopher M. Brown
                                ARDC#6271138

                                Pierce and Associates, P.C.
                                1 North Dearborn Street
                                Suite 1300
                                Chicago, Illinois 60602
                                (312)346-9088